In The United States District Court
For The Middle District of Pennsylvania

Benjamin Freedland  :  Civil Action No. 1:20-cv-0081

v.  :

Beth Mattingly et al.,  :

*Motion*

FILED SCRANTON JAN 30 2020 Per_____ DEPUTY CLERK

I, Plaintiff Pro se, hereby request that the clerk of court makes note of my new address: Benjamin Freedland #72119-066, FCI-BUTNER Medium II, P.O. Box 1500, Butner, NC 27509 and that the previous address be stricken from the record moving forward. In addition to this request I wish to make the clerk and any future District Judge aware that I'm currently housed in S.H.U. awaiting redesignation to a new federal institution and anticipate that I will be transferd within the next month. While in transit there may be a breif period where I will be unable to receive mail however I will keep the clerk abreast of my whereabouts until I'm arrived at my new institution whereupon I will, once again, make the clerk aware of my new address.

Respectfully Submitted,

1-22-2020                              Benjamin Freedland
  dated                                     Signed

Office of the Clerk
United States District
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148

January 22, 2020

Benjamin Freedland #72118-066
FCI - Butner Medium II
P.O. Box 1500
Butner, NC 27509

Re: Freedland v. Mattingly et al.,
Civil Action No. 1:20-cv-0081

Dear Clerk:

Enclosed you will find the signed notice, consent and reference of a civil action to a magistrate Judge along with a motion to your office and the forthcoming court regarding my change in address and pending redesignation/transfer status. Please also send me a copy of the original complaint with all relevant attachments along with information and or official documents related to the summons' for the defendants in this civil action. Thank you in advance for your time.

Respectfully Submitted,

1-22-2020
dated

Benjamin Freedland
Signed

Name: Benjamin Freedland Number: 72119066
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

RECEIVED
SCRANTON
JAN 30 2020
DEPUTY CLERK

United States District Court
William J. Nealon Federal Bldg and U.S. Courthouse
235 North Washington Ave
P.O. Box 1148
Scranton, PA 18501

18501–114848


