In The United States District Court
For the Middle District of Pennsylvania

Benjamin Ellis Freedland

v.

Beth Mattingly et al.,

Civil Action
No. 1:20-cv-0081

FILED
HARRISBURG, PA
FEB 24 2019
PER _____
DEPUTY CLERK

## Motion of consideration to grant Plaintiffs request for temporary Restraining order against all named Defendants

In an overabundance of precaution, I, Plaintiff Pro se, request this courts consideration to grant Temporary Restraining order(s) against all named defendants in this civil action because there is a distinct possibility that irreparable injury could occur.

With consideration that injunctive releif in any form is "an extraordinary remedy that should be granted in 'limited circumstances'", The plaintiff maintains that all four factors, when determining wheather to grant such an order, are relevant and in order.

With respect to its liklihood of success on the merits and with consideration to the Plaintiffs allegations, specifically those outlined in paragraphs 17, 18 & 19 of this complaint, giving a play-by-play description of the failiure to enforce saftey measures set forth by Bureau of Prisons Policy and the Prison Rape Elimination Act, the threat of further retaliation or sexual victemization looms as a very likely scenario should he be transferd to FCI-Allenwood or to any prison that the defendants should currently work at.

With further consideration that plaintiff is currently pending imminent transfer to another prison and has a "pending redesignation" status at D.S.C.C. as of 2/17/2020 a transfer to FCI-Allenwood and or to a prison where one of the named defendants currently works would certainly warrent a distinct possibility that irreparable injury could occur.

①

A temporary restraining order(s) would greatly limit the possibility of irreparable harm if the preliminary injunction/Temporary Restraining order is denied and plaintiff is designated to a Bureau of Prisons facility where interactions with the defendants are likely.

Furthermore, granting Preliminary releif shouldn't result in greater harm to the non moving party and the plaintiff strongly beleives the public interist would favor such releif, albiet temporarily.

The Plaintiff thanks this court for its consideration of this motion.

Respectfully Submitted

Febuary 17, 2020
Dated

signed

Name: Ben Freeland   Number: 7Z119066
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
21 FEB 2020 PM 4 L



RECEIVED
HARRISBURG, PA
FEB 24 2019
PER _____
DEPUTY CLERK

United States District Court
Attn: Clerk of Court
228 Walnut St
P.O. Box 983
Harrisburg, PA 17108

Re: Civil Action No. 1:20-CV-0081

1710880983 B011

Legal Mail