In the United States District Court
For The Middle District of Pennsylvania

Benjamin Ellis Freedland
  v.
Beth Mattingly et al.,

Civil Complaint
No. 1:20-CV-0081

Motion Seeking Anwser(s) or status of forthcoming Anwser(s)

On this, 25th, day of Febuary 2020, more than 30 days following this courts order to direct service of complaints upon defendant(s). I, Plaintiff Pro Se, in the interist of administrative judicial economy and timliness, do hereby request a written Anwser(s) or status from defendant(s) in regards to this civil complaint.

**FILED**
HARRISBURG, PA

MAR 02 2020

PER _MW_
DEPUTY CLERK

Respectfully Submitted,

Febuary 24 2020
Dated

_[signature]_
Signed

In the United States District Court
for the Middle District of Pennsylvania

Benjamin Freedland

v.

Beth Mattingly et al.,

: Civil Action
: No 1:20-CV-0081
:
:
:
:

Motion Seeking Information from this court or its clerk of court:

**FILED**
HARRISBURG, PA

MAR 02 2020

PER _____ M.W.
DEPUTY CLERK

---

I, Plaintiff pro se', do hereby request to know weather or not forms AO 398 & AO 399 were served on the defendants by the clerks office. I also hereby request that the clerk or this court please share the first and last name of Correctional officer F.N.U. L.N.U. (FCI-Allenwood PREA Compliance Manager) who was served on January 22, 2020 pending an order from this court. Please provide plaintiff with said name if it is availible.

Respectfully Submitted,

Febuary 25, 2020
Dated

[signature: Benjamin Freedland]
Signed

Name: B. Freedlund  Number: 72119066
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

United States District Court Ma...
Attn: Clerk of Court
228 Walnut Street.
P.O. Box 983
Harrisburg, PA 17108

RECEIVED
HARRISBURG, PA
MAR 02 2020
Per _____ Deputy Clerk

Jge Yvette Kane
Civil Action No. 1:20-cv-81

17108-098383