In The United States District Court
For the Middle District of Pennsylvania

Benjamin Ellis Freedland : Case No. 1:20-cv-81

v.

Beth Mattingly et al., 

FILED HARRISBURG, PA  MAR 30 2020  Per _____ Deputy Clerk

FILED HARRISBURG, PA  MAR 30 2020  Per _____ Deputy Clerk

Motion for court to recognize Plaintiffs legal mail deficiency and negligence by B.O.P violating Plaintiffs Prisoner rights.

I, Plaintiff Pro Se, wish to inform this court, for purposes of recognition and to take necessary action, that the March 18, 2020 ORDER, mailed correctly to Plaintiffs current address, with return mail labeled as follows: Office of the Clerk Middle District of Pennsylvania U.S. Courthouse 228 Walnut St. P.O. Box 983 Harrisburg, PA 17108 and addressed with the special instruction "Special Mail Open only in presence of Inmate" was, in fact, not opened in plaintiffs presence but by the mail-room officer at Federal Transfer Center Oklahoma City and dispensed, albiet previously opened, by Correctional Officer Spencer, on March 23, 2020. The letter (see enclosed Exhibit #1) was also rubber stamped "Not Properly Identified As Legal Mail". This blatant act of negligence provides this court with a continued example of how the Bureau of Prisons violates the Plaintiffs civil and Prisoner rights and, consequently, the Plaintiff asks this court to both recognize this violation and to direct the appropriate parties to prevent such an act moving forward.

Respectfully Submitted

March 25, 2019

Exhibit #1

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

NOT PROPERLY IDENTIFIED AS LEGAL MAIL

neopost
09/18/2020
US POSTAGE $000.50⁰

FIRST-CLASS MAIL
ZIP 17108
041L11252595

Benjamin Ellis Freedland
SPECIAL MAIL-OPEN ONLY IN PRESENCE OF INMATE
FTC Oklahoma City
72119-066
Federal Transfer Center
P.O. Box 898801
Oklahoma City, OK 73189

5A-6¹²

NAME: Benjamin Freedland
REG# 72119066
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

OKLAHOMA CITY OK 730
26 MAR 2020 PM 5 L



RECEIVED
HARRISBURG, PA
MAR 30 2020
PER _____
DEPUTY CLERK

Office of the Clerk
Middle District of Pennslyvania
U.S. Courthouse
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17108

17108-098383

Legal Mail