# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENJAMIN ELLIS FREEDLAND,** | : | NO. 1:20-CV-81 |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **(Kane J.)** |
| | : | |
| **BETH MATTINGLY, et al.** | : | |
| **Defendants** | : | **(Electronically Filed)** |

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

On March 18, 2020, the United States Attorney's Office served a copy of the Motion for Enlargement of Time on behalf of Defendants upon the Plaintiff at FCI Butner, P.O. Box 1000, Butler, NC 27509.

On April 6, 2020, the undersigned discovered that the Motion for Enlargement of Time was mailed to Plaintiff at his previous address.

To ensure service on the Plaintiff at the proper address, the undersigned now serves a copy of the Motion for Enlargement of Time by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Scranton, Pennsylvania on April 6, 2020.

Addressee:
Benjamin Ellis Freedland
Federal Transfer Center
P.O. Box 898801
Oklahoma City, OK 73189

s/Maureen A. Yeager
Maureen A. Yeager
Paralegal Specialist