In the United States District Court
For the Middle District of Pennsylvania

Benjamin Freedland

v.

Beth Mattingly et. al.,

Civil Action No. 1:20-cv-81
(Judge Kane)

Motion requesting court show cause why defendant(s) should not be held in contempt.

I, Plaintiff Pro Se, do hereby request that this court show cause why defendant(s) should not be held in contempt.

After this court ordered its clerk to serve waiver of service upon the named and unnamed Defendant(s) [Correctional Officer Beth Mattingly, Unit Manager Christopher Angelini, P.R.E.A. Compliance Manager F.N.U. L.N.U. (October 2017)] (Doc. 1) the Allenwood Legal Center "returned waiver of service unsigned with a note that it was 'unclear who Plaintiff [was] attempt[ing] to serve'" (Doc. No. 19 at 2) according to the March 24, 2020 Order. As such, the Plaintiff had properly identified defendant as the FCI-Allenwood P.R.E.A. Compliance Manager in October of 2017 within the original complaint (Doc. 1) providing sufficient information to allow clerk to effect service upon Defendant F.N.U. L.N.U.

Consequently, the same office [Allenwood Legal Center] which returned the aforementioned waiver of server unsigned with note stating that "it was unclear who plaintiff [was] attempt[ing] to serve" ultimately responded to the F.O.I.A. request (Request No. 2020-02982) with the required information naming Wiley Jenkins as the previously named "Defendant F.N.U. L.N.U." albeit after a two-and-a-half month delay.

The willful disregard for this courts order (Doc. 1) by the Allenwood Legal Center, on behalf of the defendant(s) offends against the dignity and good order of this court and as a result this action was unnecessarily delayed. Therefore, the plaintiff humbly asks for your honor to show cause why defendant(s) should not be held in contempt.

Respectfully Submitted,

April 11 2020
Dated

Benjamin Freedland
Signed

FILED
HARRISBURG, PA
APR 20 2020
PER _____
DEPUTY CLERK

NAME: Benjamin Freedland
REG# 72119066
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

OKLAHOMA CITY OK 730
16 APR 2020 PM 4 L

**RECEIVED**
HARRISBURG, PA
APR 20 2020
PER _____ DEPUTY CLERK

United States Courthouse
Attn: Clerk of Court
228 Walnut St
Harrisburg, PA 17108

Re: Civil Action No 1:20-CV-0081