# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENJAMIN ELLIS FREEDLAND,** : | |
|     **Plaintiff** : | |
| : | No. 1:20-cv-81 |
|     **v.** : | |
| : | (Judge Kane) |
| **BETH MATTINGLY, et al.,** : | |
|     **Defendants** : | |

## ORDER

**AND NOW**, on this 27th day of April 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Plaintiff's motion for a temporary restraining order (Doc. No. 10) is **DENIED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
