IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**BENJAMIN ELLIS FREEDLAND,** :
    **Plaintiff,** :
: No. 1:20-cv-00081
    **v.** :
: (Judge Kane)
**BETH MATTINGLY, et al.,** :
    **Defendants** :

### ORDER

**AND NOW**, on this 17th day of March 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants Mattingly and Jenkins's motion to dismiss (Doc. No. 77) is **GRANTED**;

2. Plaintiff's motion to amend his complaint (Doc. No. 105) is **DENIED**. Plaintiff may not file an amended complaint in the above-captioned action;

3. Plaintiff's claims against Defendant Angelini are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1);

4. Plaintiff's motion seeking emergency preliminary injunctive relief (Doc. No. 124) is **DENIED**; and

5. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                     s/ Yvette Kane
                                                   Yvette Kane, District Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania